## Exhibit A to the Complaint

**Location:** Port Washington, NY  
**Total Works Infringed:** 62  
**IP Address:** 70.104.128.204  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A4AACACDBB2DC0091349AA2FB653614D48DC6D0F<br>File Hash: EF361F2C822CBD9481183D1B62C8522BB322C62F2E43767A9E0F4D54586F65D1 | 10/04/2020 20:07:06 | Blacked | 09/05/2020 | 09/29/2020 | PA0002258686 |
| 2 | Info Hash: 425663D9F39C20BF66CE70C7CCCBBAB7B9D8C2E3<br>File Hash: A32664A0B9E3788EF4047E6FDF1DDA9A6E0FAC8F7B8CFA7F9225DB7B5BBD834F | 10/04/2020 17:46:12 | Blacked Raw | 09/21/2020 | 09/29/2020 | PA0002258687 |
| 3 | Info Hash: 6FB220D1822EB3F219429624A011F1286D4B9377<br>File Hash: 4A3DFBCC7121F71DC232669300B96F09598024154AAB6B48BDB9094E86743DCE | 10/02/2020 14:32:46 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 4 | Info Hash: B4CC54E62637502153A050826FEA562AD05CA661<br>File Hash: 14FF77C2AEEE446A49F628FCBD4EB37258BF725978474C6E9DD39BE2C9551FCB | 10/01/2020 17:46:05 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 5 | Info Hash: 97A60A9C42107843A693A7B92A877907232FF509<br>File Hash: 6AD7C6DBA1420D91FB457EF563D7DE97D17EA4CF9AC80ACA6B0A2CDC7CD87AAD | 10/01/2020 17:44:41 | Tushy | 11/27/2019 | 01/03/2020 | PA0002233434 |
| 6 | Info Hash: C1FB4C53B4BFD8D828BC5AED66ADE5F92E65B8FE<br>File Hash: 195777C2376AC21AC63B05CBE8FABEE25C5520CABD3B6EF8D396463EDFFDA5AA | 09/29/2020 03:04:33 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 7 | Info Hash: 5B1DA831F74375A33C3039AEE10BAA574F62E47B<br>File Hash: E041BBB42344F2B75B870D56D0F0799290C94E392E7E9144390645FE1A66F35D | 09/29/2020 02:57:41 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 8 | Info Hash: B8BD3AF8D7C79C1B4CB71E1C1641BA17FC0F1CD0<br>File Hash: 407449617B1098F446570616B2328BE56F7AC181220F5DE9E0D71EC8C5AB33D8 | 09/29/2020 02:20:08 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: D396368175C456420AD65061DC8B5E0BC2CF3186<br>File Hash: 8B055611D82B7D5D643FB708A87CD2DB755078EE1A3B259B615A6E77DB68C66A | 09/29/2020 02:17:11 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |
| 10 | Info Hash: 905E89CF8DBC1B7319FAED8203D9ADF033C3F83D<br>File Hash: 044A7207F8BCD4CA458CE003D2B843C39228539ECF13F30B67EC91724A2A7EAE | 09/29/2020 02:13:39 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 11 | Info Hash: 57E05E1CA5DB615AF7686C5DAAA0E1E22BD40C84<br>File Hash: B3B9A117E40AE5D57390D7DA55B754AF5A744D0F54810A2233131355E94023B5 | 09/29/2020 02:12:27 | Tushy | 09/08/2019 | 10/01/2019 | PA0002217338 |
| 12 | Info Hash: BBF3E5870A45D141DEA7B55CBC7750FB54A01CBB<br>File Hash: 175C0BD504CF2C32EFF80270C99BDB389918FB6F8E6D61537A0EF0B8C46D124E | 09/29/2020 02:11:17 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 13 | Info Hash: C57357DD8742B1699E2F7509F1613BA1D6C52A9E<br>File Hash: 32ED81838121CE97752D82FF68EA6B0527ECC868C4542D7E0BD5EE5CA3D20E02 | 09/24/2020 15:44:52 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 14 | Info Hash: 5B1628D880D81D7397A87D4BA6E64055510CD594<br>File Hash: 3DDDCD20C78E60D97705D3FB353BCFEA7390157EC1E9BCA6FBD846BE81C7C019 | 09/24/2020 15:40:14 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 15 | Info Hash: BDC0E8A56184B8839BF1C3F36BE0C4780BEC60CE<br>File Hash: 80FEE33C58B958C751CE68EAFA640D65F8093642C152E97B07ABB4400B5FB95A | 09/24/2020 15:15:31 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 16 | Info Hash: 0AE4693C6AE06984D2CE7F1B013E31462D7F5541<br>File Hash: 2E7E694FE8BBB5C99898057BDB44A8AB9E6FBCCEB1906146A0D59FC5FA9398E6 | 09/23/2020 17:30:50 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 17 | Info Hash: FBF6C60327004242F173A36BA9753BFAE9F96AEC<br>File Hash: FB65933FAE6355CEF50DFE463AFCDA30643DAF106C13288A12A37DE4908CEE87 | 09/23/2020 17:27:51 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 50363EE186E316CFA9CB6995A23C7A3A4FE22EA7<br>File Hash: 5044CDA6F3AEC5412683B64AB5162F85379DBB86E67B355159649CC3E34AC169 | 09/21/2020 17:40:35 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 19 | Info Hash: BBA072FA9B1806D137D6128D4BC2739DDAD3A9E1<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 09/17/2020 15:32:17 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 20 | Info Hash: 0A90178D16437FD0034821276646F8DCFFEBC708<br>File Hash: B23428F9FF4023B90678DD875453395B44B6CCFEC435C202F4074DE54DB6A27B | 09/15/2020 18:08:12 | Blacked Raw | 06/29/2020 | 07/17/2020 | PA0002248598 |
| 21 | Info Hash: 397FD8ECADEADC192E3FDC5D66CFFB9A383CFF08<br>File Hash: 8924DAF01B20E82C2E2FFE9606846020729312D9A8DBA60B0F884DBE8E307813 | 09/13/2020 15:53:27 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 22 | Info Hash: 3C6141F4E21C32DC2FF3EB77F97D02CB30911985<br>File Hash: 6ED7CF5803AE429B848DC80306CCC4A7F67837C6774AB8BAA7984F36C1921836 | 09/13/2020 03:06:00 | Blacked Raw | 03/30/2020 | 04/17/2020 | PA0002237303 |
| 23 | Info Hash: 95A6DC34E9DF6580211F8B295DC900A8CBC78740<br>File Hash: 34E9362340A0525EE9FD2683F4C942C7C028193AA5AC968E9D2DF80AA8B7273E | 09/11/2020 13:27:50 | Blacked | 08/01/2020 | 08/11/2020 | PA0002252255 |
| 24 | Info Hash: AA1D98EE9A56F9FF3878A5372458F2E672EE8169<br>File Hash: AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 09/10/2020 15:30:22 | Blacked Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 25 | Info Hash: 684E2630D1E8AA92DAAF55F2908878D078030FD0<br>File Hash: 52C3E0F5FD69B0CD73842A1F996BA29A7ECA6747AE17FFAD450915C11DC434CE | 09/10/2020 14:48:36 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 26 | Info Hash: CF0634295398BC85932BEB557BB55E3791E6A1B8<br>File Hash: DE4779BBDDD6ABC8FEDD7331136C9C48FE2222D2823C292B566C4848C1F53D08 | 09/07/2020 16:35:45 | Blacked Raw | 11/22/2019 | 12/17/2019 | PA0002217672 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 59D953057332CA0D165D975BCBEFA571F640A031<br>File Hash: 7A365004534B25103A97D8E54280F4B5AFCDF40ACA2381C02C53C4C4A35C193E | 09/07/2020 16:17:04 | Blacked Raw | 11/13/2019 | 11/27/2019 | PA0002213997 |
| 28 | Info Hash: BE0BD71B1FBB97C6EE9066F98486E33020F9DFA8<br>File Hash: 325064F0BEDB951FED2FD3AFCC00A86C78443D6A76BD25D9C7DDDC93F156BF8F | 09/06/2020 21:46:50 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 29 | Info Hash: 73C715F82CCC8731B273D2170FBEF1C6DFC4CFAD<br>File Hash: FF37EF58A28C154EFAE13E12BADC6BF3268E27B51A8F3F9C081C8E5BF5924D9F | 09/06/2020 21:25:20 | Blacked Raw | 10/29/2019 | 11/15/2019 | PA0002211918 |
| 30 | Info Hash: 3826BE6030ED6400A0E501F9AACB47FF4EF00630<br>File Hash: A69970D673349B6DDB2DDAD61A08EE4B45266EAE15B99414A13D22358F68DBC2 | 09/06/2020 20:48:34 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 31 | Info Hash: 75B5171EDC6A949A585A18328C8AB75F9215E1E4<br>File Hash: 5628DE58B0DDA316774753215439AE34A3A719A8C98ECD078017DC5F41651CA0 | 09/06/2020 20:45:09 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 32 | Info Hash: 6F159B7F2F37172414D4D6DCF8BC895C477555FF<br>File Hash: D8129A8E290C7DE68147196B46225748A9707B16612F278F3D3A21F27362A6A9 | 09/04/2020 14:41:24 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 33 | Info Hash: F98CDFB491AB600DAE160B2D8CD6D80789EFD71F<br>File Hash: 32D754A06F0677934DDCA34E6F67E42417BA5D34815D06915A7EFAB04045D6CA | 09/04/2020 14:36:03 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 34 | Info Hash: F7BD5948AA1970494BCA5412D3DD345A09B32746<br>File Hash: 32ABDF75F6AEF1D034478DA4CE1BA022A0D8EC1A447375B4EB6CD7B2A0F2AD86 | 09/03/2020 14:34:27 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 35 | Info Hash: C30E2316451A2F097E8ADF8D623D1B55E6A4629F<br>File Hash: DFA59BAF46725EC14257B93E8D8788A50BB94F59DE6B0DD09B97680F9B085601 | 09/02/2020 16:11:12 | Blacked Raw | 06/06/2019 | 08/02/2019 | PA0002192288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0F1039C7E4BE4EB0AAD6095CAE9B7F94C274E27F<br>File Hash: 81BDE18E8D23AE4C11590D80C374A34E8FEFA41B76CFAE5664C6954D7196D1A2 | 09/01/2020 15:53:36 | Blacked Raw | 05/07/2019 | 06/03/2019 | PA0002178775 |
| 37 | Info Hash: B53B5B340DF900C3F3F7D511C8F2C0304CFFF4AC<br>File Hash: 4F470F32D1369D08E54527D1695A95F815511B981A7DD2A08F137454EF79547B | 09/01/2020 14:51:18 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 38 | Info Hash: 540E71CB1039A827361ECD8AAEED49595E73F48E<br>File Hash: C2BD6424779851E2FF2807CD1B3DF429DB30C1C3AFA2C8C7B984ED09973F762E | 09/01/2020 14:28:48 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 39 | Info Hash: 5963EE36C0600948A0422798683A6EF70DF150C8<br>File Hash: 8B07E7B1D7E9451D27DDE64EFECD8E18EF92A9A1AC4A37BE6C9A9D1788BA5AFF | 09/01/2020 14:26:50 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 40 | Info Hash: AF507BCB428D92917EC5BD804370CFC7423CDAA2<br>File Hash: 4718470553FD91FE7300EC2DF9623EF0E49225C6CD8C041395BF0CE82DA30702 | 09/01/2020 14:23:59 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 41 | Info Hash: E9F38C0541E7835427879D21CC3B035AE3D83568<br>File Hash: 4E4E2045F39E0D39B1FC8312C77669BBCA3090F424E81349AD61285EFE906CF5 | 08/31/2020 17:00:21 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 42 | Info Hash: B673EE9B40CA5F494B69F3285E8F8D817734480C<br>File Hash: 1FC470A1E68D58D723740D8243001D292DA4B68AB8EB29321277D0FF29329BF9 | 08/31/2020 16:20:27 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 43 | Info Hash: 30889FB441C4862A75A1C1A7FE2630B2EEC0EB4A<br>File Hash: 3AE13F879643BE74D4781DB10EB99A05370CBEA582ECC39633E21365137FEE49 | 08/29/2020 23:15:01 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 44 | Info Hash: F3B0AE0CA00CE05BBA0380C96141472FAC50C3BE<br>File Hash: D430FFA916B2D3020A32E2011DB8102FE34A47AAF9D637BA51CAFD270FF5015F | 08/29/2020 22:37:30 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 1394AF01CF712A4C499970952897630C354C9C45<br>File Hash: ED6058A884F7FEE8CE28813E9282DC27072587B84B9FE787A7A3EF61F7F9CB51 | 08/29/2020 22:32:23 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 46 | Info Hash: 6E460E18A4A70B8F90F65616A21739A14B087F0A<br>File Hash: E5818C4925D154BD3D21C603C0D4974352003A5CBA1C8F4B1416451963A30B27 | 08/29/2020 22:01:50 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 47 | Info Hash: 99072E7E1DCF83B448FB60471EF9371BBFF023F6<br>File Hash: 1E9671BE3A0E3D0A519B06B15442B8C8C0C5F0CA1A07B0672708D2930832DBBE | 08/27/2020 20:11:18 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 48 | Info Hash: 5A2485AA3E02FB8890F0ECCBDB39AC414248DD19<br>File Hash: 123FB3CDBD803469CAA4A158EC93C67C6FE5B4DC30163FF376E83C7D02681BB2 | 08/27/2020 19:59:22 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 49 | Info Hash: 8B860BBC75D6A16FC402F90C6C8CE26C79CE6C6B<br>File Hash: 71B620589FA5C7E17DACB2CA587A4524A207E8ED055ACA9A9C998F01BCAF7DD1 | 08/27/2020 19:25:52 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 50 | Info Hash: CF7C03383C0817561E7C8FAFC6495119F52EBF01<br>File Hash: 1913F7A4A53CAC4259F013C939F2D923C2289746D059A10884B22AF42BBBA6B0 | 08/27/2020 19:21:23 | Blacked Raw | 12/03/2018 | 01/22/2019 | PA0002149845 |
| 51 | Info Hash: 8DB8C30AFF4872ABCCA9D45DF11B33FFC5D2E2C6<br>File Hash: E01C8945D9DF91147AC85BFC8ECD9BB7F670798BD9B93BC5963C4B51862E567D | 08/27/2020 01:34:04 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 52 | Info Hash: DD61EB91A05885079409E1855A51FE907A0B7BE2<br>File Hash: 318470519B73A32EFB951E12667A3861F84DADA3CA60BFFE9025D7AF63329D27 | 08/24/2020 18:27:19 | Blacked Raw | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 53 | Info Hash: 101B9741AFA156B4BBEEA4847E33027C95444168<br>File Hash: 9CA348E7467DE7F1E7931E8E4E92A934EDE69A267426C780E3B2F17EDB7C4F08 | 08/24/2020 18:10:09 | Blacked Raw | 09/19/2018 | 11/01/2018 | PA0002143420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: D846D4D87BE6538A482D5E2E7392FD20C46CB4BE<br>File Hash: 2A0A379D09D73E974D56DD673CC932E7B420F2118DB600C21B2EB548AB02466C | 08/24/2020 17:03:03 | Blacked Raw | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 55 | Info Hash: 4845F046D556555AEC7FE67AAD888CD0E29E2D1A<br>File Hash: 45D791E38B364D99072CA6F866CD70D0A43A60FD46C5651E44B47426ECD36501 | 08/24/2020 04:40:16 | Blacked Raw | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 56 | Info Hash: 40A2F24B2D404623710F6E94E7DCB737269DFF5C<br>File Hash: 89D4AB7EA94DFB6F4C13A91DF435C342C6F1EFEC5AE9722B8C58F9416DD597F5 | 08/24/2020 04:03:14 | Blacked Raw | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 57 | Info Hash: 6E45FF8D25323BD50D874B56AA7E55E4EB918B19<br>File Hash: B9BE23C97125FCE8733E72891FF7594DE39BA1E72EF5E2F0B6450F68EA16B0EA | 08/24/2020 03:28:33 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 58 | Info Hash: F9453F2351EFBAF2BE8E7E698204BB11B97C6B02<br>File Hash: 1C56C71D9E80D3E37A8FB87EFD40B00EFE6D2CEFD16195CCCAFDA73AA7E1A549 | 08/24/2020 03:08:20 | Blacked Raw | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 59 | Info Hash: 04B28B1490606C763BD112A9B8B2009BC85D6BFF<br>File Hash: 7B8A4F721C4C03096690F61C2B7053873BF30BCF47E3D21BF7B0FC986D80AD10 | 08/24/2020 02:28:37 | Blacked Raw | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 60 | Info Hash: E4D6FA5F13E0E64136C825A0A414DD48F20BC466<br>File Hash: 1F8716A31618C41B2D425968130235AA79AE12A8FEDC097BE36B0799640519D5 | 08/24/2020 01:16:36 | Blacked Raw | 08/25/2018 | 10/16/2018 | PA0002127783 |
| 61 | Info Hash: FFD1140AB392140BC1E44F439C5D01A8FFF04F8A<br>File Hash: 1FFE79BCC6EC1718909F562124EB13A365FFEA0444CAC6BA156B53B74A8DA9D1 | 08/23/2020 01:32:19 | Blacked | 06/06/2020 | 06/22/2020 | PA0002245636 |
| 62 | Info Hash: 7D54E8E2478EF3FD2A5B6D25A19191A62737DEC2<br>File Hash: 7CCFD4B616B5FBAF67A55B402E372C7897478BBBD2C8C1CF23C9F4A82EB56067 | 08/21/2020 03:46:12 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |